# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

670

CAF 14-00870

PRESENT: SMITH, J.P., CENTRA, PERADOTTO, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF THE ADOPTION OF HAILEY
----------------------------------------
TAYLOR G., PETITIONER-APPELLANT,

                                                              ORDER

                    V

DARLA L., RESPONDENT-RESPONDENT.

---

SCOTT A. OTIS, WATERTOWN, FOR PETITIONER-APPELLANT.

KRYSTAL A. RUPERT, ATTORNEY FOR THE CHILD, LOWVILLE.

---

Appeal from an order of the Family Court, Lewis County (Donald E. Todd, A.J.), entered April 22, 2014 in a proceeding pursuant to Family Court Act article 6. The order denied the application of petitioner to revoke a surrender instrument.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  June 12, 2015                    Frances E. Cafarell
                                           Clerk of the Court